1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   PATRICIA J. COVEY-HINZO, et al.,

11              Plaintiffs,                      No. C 15-00241 WHA (Lead Case)
                                                No. C 15-00274 WHA (Consolidated Case)
12        v.

13   ASBESTOS DEFENDANTS, et al.,               **ORDER CONSOLIDATING CASES**

14              Defendants.

15   _____/

16          Both Case No. 15-241 and Case No. 15-274 arise from removal of the same complaint.

17   Pursuant to Rule 42, Case No. 15-241 and Case No. 15-274 are **HEREBY RELATED AND**

18   **CONSOLIDATED**.  Case No. 15-241 shall be the **LEAD CASE**.  Case No. 15-274 is

19   **ADMINISTRATIVELY CLOSED**.  All subsequent filings must be made in the lead case only.

20

21          **IT IS SO ORDERED.**

22

23   Dated:   March 3, 2015.

24                                              WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE
25

26

27

28

United States District Court
For the Northern District of California